C. H. Johnson, Plaintiff-Appellant, v. Raymond M. Bondy, as Trustee; Raymond Bondy; George Hoy; George Hoy, Trustee Under Trust Deed Recorded as Document No. 10991881, and Unknown Owners, Defendants.

Jennie Wasserman and Louis Shapiro, Intervenor Defendants-Appellees.

Gen. No. 51,589. (Abstract of Decision.)

First District, Second Division.

November 22, 1967.

Rehearing denied December 18, 1967.

Arnold M. Flamm, of Chicago, for appellant; Louis Lebin, of Chicago, for appellees. Opinion by PRESIDING JUSTICE LYONS. **Not to be published in full.**